**Aimee D. PHILLIPS; Robert Allen; Sheri Allen; Salvador Angel; Troy Bernhardt; David Buck; Darlene Buck; Victoria Castner; Manuel Castro; Liliana Combs, Cristy Matchett, fna Cristy Davis; Ericka Doran; Roger Franck; Theresa A. Jensen; Heather Krehbiel; Jon Marshall; Heather Marshall; Paul Mundy; Mark A. Nelson; Jimmie Roberts; Linda Roberts; Valerie Sakraida; Jeffrey Sakraida; Josefina Samano; Fred Schnaible; Debbie Schnaible; Shawn Schubert; Kenneth R. Smith; J. Annette Strain; Marvin Strain; Sherri L. Stratton, Plaintiffs–Appellees,**

v.

**LITHIA MOTORS, INC., an Oregon corporation; Lithia HPI Inc.; Lithia Medford Hon, Inc.; Lithia Motors Support Services, Inc.; Hutchins Imported Motors, Inc.; Reynaldo Aguilera; William Jay Blanchard; Greg Coleman; Bill Daves; Sidney B. Deboer, Keith Deschane; M.L. "Dick"**

* The Honorable Raner Collins, U.S. District Judge for the District of Arizona, sitting by designation.

**Heimann; John Hobbing; Don Jones; Steve Morril; Steve Philips; Larry Pierce; Tim Stark; Bob Taylor, Defendants–Appellants.**

**No. 07–35670.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Feb. 6, 2009.

Filed March 18, 2009.

G. Jefferson Campbell, Jr., P.C., Medford, OR, for Plaintiffs–Appellees.

Keith E. Eggleton, Esquire, Robert P. Feldman, Esquire, David Andrew McCarthy, Esquire, Wilson Sonsini, et al., Palo Alto, CA, David B. Paradis, Esquire, Brophy Mills Schmor Gerking & Brophy, Medford, OR, for Defendants–Appellants.

Before: PAEZ and RAWLINSON, Circuit Judges, and COLLINS *, District Judge.

MEMORANDUM **

Lithia Motors, Inc., Lithia Support Services, Inc., and certain officers and employees of Lithia Motors, Inc. (collectively Lithia Appellants) appeal the district court's denial of Lithia Appellants' motion to compel arbitration.

The district court properly denied Lithia Appellants' motion to compel arbitration because Lithia Appellants waived their right to compel arbitration through their substantial use of court proceedings and their significant delay in seeking arbitra-

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

tion. *See Van Ness Townhouses v. Mar Indus. Corp.,* 862 F.2d 754, 759 (9th Cir. 1989), *as amended* (holding that a party waived any right to compel arbitration due to the delayed demand to compel arbitration and active litigation of the matter through, *inter alia,* pleadings and motions practice).

**AFFIRMED.**